# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

MALCOLM SCOTT and HELEN PROBST SCOTT, individually and on behalf of all others similarly situated,

                    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

                    Defendant.

Case No. _____

**Removed from McLean County Circuit Court;
Case No. 2023LA000114**

## DECLARATION OF JONATHAN OWEN

I, Jonathan Owen, under penalty of perjury, declare and state as follows:

1. I am an adult over the age of 18 and am competent to make this Declaration. I have personal knowledge of the facts stated herein.

2. I am employed by State Farm Mutual Automobile Insurance Company ("State Farm") as an Underwriting Team Manager. I have been employed by State Farm for over 33 years, and I have access to State Farm's Enterprise Financial Operations – Financial and Regulatory Reporting System ("EFOS"). Information on insurance policies issued by State Farm is stored, managed, and accessed primarily in and through the EFOS, a proprietary web-based system accessed and used by State Farm's Underwriting associates.

3. I worked with State Farm's ad hoc reporting department to examine the available data in the EFOS in order to provide a good faith estimate of the approximate number of insurance policies that State Farm had in force within the United States of America as of September 30, 2023.

4. Based on my review of the EFOS data available, I am informed and understand

that as of September 30, 2023, State Farm had 50,022,859 insurance policies in force within the United States of America.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this the 17th day of October, 2023, in Winter Haven, Florida.

                                                                         Jonathan Owen