IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MALCOLM SCOTT and HELEN PROBST SCOTT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 1:23-cv-1392-JBM-JEH<br><br>**Removed from McLean County Circuit Court;**<br>**Case No. 2023LA000114** |

## JOINT MOTION FOR EXTENSION OF TIME
## FOR DEFENDANT TO RESPOND TO COMPLAINT

Defendant State Farm Mutual Automobile Insurance Co. ("State Farm") moves the Court for an extension of time to respond to Plaintiffs' Complaint. In support of this motion, State Farm states:

1. Plaintiffs Malcolm Scott and Helen Probst Scott filed the Complaint in the above-captioned action on September 13, 2023 and served State Farm on September 18, 2023.

2. State Farm removed this action on October 18, 2023 and currently has until October 25, 2023 to respond to Plaintiffs' Complaint. *See* Fed. R. Civ. P. 81(c)(2).

3. State Farm requests an extension of 21 days through November 15, 2023 to respond to Plaintiffs' Complaint.

4. Plaintiffs have no objection to this requested extension.

5. This is State Farm's first request for an extension of time to respond to the Complaint. No party will be prejudiced by this requested extension.

6.	State Farm submits that there is good cause to grant this motion because the request for an extension will not cause any undue delay and will provide time for State Farm to investigate the factual allegations contained in Plaintiffs' Complaint and prepare an appropriate response.

WHEREFORE, State Farm requests that the Court extend the deadline for it to respond to Plaintiffs' Complaint through November 15, 2023.

Dated:  October 18, 2023	Respectfully submitted,

s/ John P. Heil, Jr.
John P. Heil, Jr. (IL ARDC #6237286)
Jessica A. Pullen (IL ARDC #6342509)
HEYL, ROYSTER, VOELKER & ALLEN, PC
300 Hamilton Boulevard, P.O. Box 6199
Peoria, IL 61601-6199
Tel.: 309-676-0400
Fax: 309-676-3374
jheil@heylroyster.com
jpullen@heylroyster.com

Cari K. Dawson (*Court admission forthcoming*)
Daniella Main (*Court admission forthcoming*)
ALSTON & BIRD LLP
One Atlantic Center
1201 W Peachtree St NE, Suite 4900
Atlanta, GA 30309
Tel.: 404-881-7000
cari.dawson@alston.com
daniella.main@alston.com

*Attorneys for Defendant State Farm Mutual Automobile Insurance Co.*

John Albanese (SBN: 6308461)
Berger Montague PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: 612-594-5997
Fax: 612-584-4470
jalbanese@bm.net

> E. Michelle Drake (*Court admission forthcoming*)
> BERGER MONTAGUE, PC
> 1229 Tyler Street NE, Suite 205
> Minneapolis, MN 55413
> Tel: (612) 594-5933
> Fax: (612) 584-4470
> emdrake@bm.net
>
> Mark B. DeSanto (*Court admission forthcoming*)
> BERGER MONTAGUE, PC
> 1818 Market Street, Suite 3600
> Philadelphia, PA 19103
> Tel: (215) 875-3000
> Fax: (215) 875-4604
> mdesanto@bm.net
>
> William "Billy" Peerce Howard (*Court admission forthcoming*)
> THE CONSUMER PROTECTION FIRM, PLLC
> 401 East Jackson Street, Suite 2340
> Tampa, FL 33602
> Tel: (813) 500-1500
> Fax: (813) 435-2369
> Billy@TheConsumerProtectionFirm.com
>
> Amanda J. Allen (*Court admission forthcoming*)
> THE CONSUMER PROTECTION FIRM, PLLC
> 401 East Jackson Street, Suite 2340
> Tampa, FL 33602
> Tel: (813) 500-1500
> Fax: (813) 435-2369
> Amanda@TheConsumerProtectionFirm.com
>
> *Attorneys for Plaintiffs Malcolm Scott and Helen Probst Scott*

**CERTIFICATE OF SERVICE**

    I certify that on October 18, 2023, I caused to be electronically filed this Motion for an Extension of Time and supporting exhibits with the Clerk of the Court by using the Court's CM/ECF system, which will send notification to all counsel of record.

                                                            s/ John P. Heil, Jr.