IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MALCOLM SCOTT and HELEN PROBST SCOTT, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                       Defendant. | Case No. 1:23-cv-1392-JBM-JEH<br><br>**Removed from McLean County Circuit Court;**<br>**Case No. 2023LA000114** |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S**
**MOTION TO DISMISS THE CLASS ACTION COMPLAINT**

      Defendant State Farm Mutual Automobile Insurance Co. ("State Farm"), pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss the Complaint (ECF No. I-1) filed by Plaintiffs Malcolm Scott and Helen Probst Scott ("Plaintiffs"). Plaintiffs have failed to state a claim on which relief can be granted, and thus, their Complaint should be dismissed in its entirety. The basis for State Farm's motion and support therefore is provided in the accompanying Memorandum in Support of Its Motion to Dismiss.

Dated: November 15, 2023              Respectfully submitted,

                                                Cari K. Dawson
                                                ALSTON & BIRD LLP
                                                One Atlantic Center
                                                1201 W Peachtree St NE, Suite 4900
                                                Atlanta, GA 30309
                                                Tel.: 404-881-7000
                                                cari.dawson@alston.com

1

Daniella P. Main
ALSTON & BIRD LLP
2300 Ross Avenue, Floor 23
Dallas, TX 75201
Tel.: 214-922-3400
daniella.main@alston.com

*/s/ John P. Heil, Jr.*
John P. Heil, Jr.
HEYL, ROYSTER, VOELKER & ALLEN, PC
300 Hamilton Boulevard, P.O. Box 6199
Peoria, Illinois 61602
Tel.: 309-676-0400
Fax: 309-676-3374

*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Co.*

**CERTIFICATE OF SERVICE**

    I certify that on November 15, 2023, I electronically filed this motion to dismiss with the Clerk of the Court by using the Court's electronic filing system, which will send notification to all counsel of record.

                                          */s/ John P. Heil, Jr.*
                                          John P. Heil, Jr.
                                          Attorney for Defendant
                                          State Farm Mutual Automobile Insurance Co.