# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MALCOLM SCOTT and HELEN PROBST SCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:23-cv-1392-JBM-JEH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs Malcolm Scott and Helen Probst Scott hereby dismiss this case against Defendant State Farm Mutual Automobile Insurance Company, without prejudice, with each party to bear their own fees and costs.

Dated: December 5, 2023

Respectfully submitted,

*/s/ Mark B. DeSanto*
Mark B. DeSanto
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: mdesanto@bm.net

E. Michelle Drake
John Albanese
Berger Montague PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: 612-594-5999
Fax: 612-584-4470
Email: emdrake@bm.net
Email: jalbanese@bm.net

William "Billy" Peerce Howard
THE CONSUMER PROTECTION FIRM, PLLC
401 East Jackson Street, Suite 2340
Tampa, FL  33602
Tel: (813) 500-1500
Fax: (813) 435-2369
Email: Billy@TheConsumerProtectionFirm.com

Amanda J. Allen
THE CONSUMER PROTECTION FIRM, PLLC
401 East Jackson Street, Suite 2340
Tampa, FL  33602
Tel: (813) 500-1500
Fax: (813) 435-2369
Email: Amanda@TheConsumerProtectionFirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on December 5, 2023, I electronically filed this Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(i) with the Clerk of the Court by using the Court's electronic filing system, which will send notification to all counsel of record.

*/s/ Mark B. DeSanto*
Mark B. DeSanto
BERGER MONTAGUE, PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: mdesanto@bm.net